to the intervener-relator-respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

NELLIE B. RILLEY, Respondent, v. NICHOLAS F. WALSH, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

DORA WALL et al., Appellants, v. DEL BALSO AND SPRAGUE, INC., Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

BRUCE & COMPANY et al., Suing on Behalf of Themselves and All Other Voting Trust Certificate Holders Similarly Situated, Appellants, v. J. CHEEVER COWDIN et al., Respondents, et al., Defendants.— Orders unanimously affirmed, each with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 850.]

EUNICE H. HOEFFLER, Individually and as Executrix of LOUIS R. ADAMS, Deceased, Appellant-Respondent, v. AMERICAN SAVINGS BANK, Respondent-Appellant, and WILLIAM M. CAMPBELL et al., Defendants-Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Probate of the Will of BENJAMIN BALAMUT, Deceased. ANN KAMLET, as Administratrix of the Estate of SARAH FLAUM, Deceased, et al., Appellants; MINNIE EISLER, as Executrix of BENJAMIN BALAMUT, Deceased, Respondent.— Upon the evidence adduced at the trial we are of opinion that each of the issues framed by the parties should have been submitted to the jury for determination. Decree unanimously reversed and a new trial ordered, with costs to the appellants to abide the event payable out of the estate. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MORRIS WOLKENBERG, Individually and in Behalf of All Other Stockholders of BERGENWOLK CORPORATION, Respondent, v. MAXWELL BRENNER et al., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion to vacate the stipulation and all proceedings had thereunder and to restore the case to the calendar for trial on the merits granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of RALPH J. CEBRIAN, Judgment Creditor, Appellant, against CORNELIUS VANDERBILT, JR., Judgment Debtor, Defendant. EMMANUEL LEWIN, as Receiver, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JOSEPH DENARDO, Respondent, v. STEPHANIA DE NARDO, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

PAUL SACKS, Trading as METRO SACKS Co., Appellant, v. BEDFORD RADIO SALES & SERVICE, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

GREENWICH SAVINGS BANK, Plaintiff, v. CORINNE ROCHE et al., Defendants. L. A. S. THEATRES, INC., Appellant; JOSEPH A. BAMBURY, as Receiver, Respondent.— Order, so far as appealed from, unanimously modified by reducing the allowance to the receiver's attorney to the sum of $600, and as so modified